**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Sonja Denise Holeman<br><br>Debtor(s) | Case No. 13-33936 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2013.

2) The plan was confirmed on 11/05/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/14/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/27/2018.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,905.00.

10) Amount of unsecured claims discharged without payment: $295,755.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,940.00 |
| Less amount refunded to debtor | $20.00 |
| **NET RECEIPTS:** | **$13,920.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $606.90 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,606.90** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMBULANCE | Unsecured | 1,035.00 | 793.88 | 793.88 | 51.43 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CTR | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group, SC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Alpine Direct Services, LLC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 495.00 | 400.00 | 400.00 | 25.91 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| Argosy University | Unsecured | 2,030.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 155.00 | 343.91 | 343.91 | 22.28 | 0.00 |
| Azar & Azar | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| BMG Music Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 10,937.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,074.00 | 2,167.20 | 2,167.20 | 140.05 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 2,222.09 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 1,670.25 | 1,670.25 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 1,297.00 | NA | 2,222.09 | 143.60 | 0.00 |
| Clerk, Chancery | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Col/Debt Collections | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| Cross Country Bank | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 545.00 | 418.71 | 418.71 | 27.12 | 0.00 |
| ECMC | Unsecured | NA | 55,831.18 | 55,831.18 | 3,616.68 | 0.00 |
| Emergency Room Care Providers | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Enloe Drugs, Inc. | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| Ezloansbynet | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Revenue Assurance | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| General Revenue Corporation | Unsecured | 2,140.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| HCR Manor Care | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 321.00 | 476.31 | 476.31 | 30.86 | 0.00 |
| Innovative Resource Group | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Innovative Resource Group LLC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,840.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ISAC | Unsecured | 5,119.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 5,455.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ISAC | Unsecured | 2,437.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 1,591.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 2,538.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 2,918.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 5,117.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 5,833.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 5,116.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 5,833.00 | 55,808.37 | 55,808.37 | 3,615.21 | 0.00 |
| ISAC | Unsecured | 2,558.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 2,918.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 3,837.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 4,176.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 150.00 | 148.28 | 148.28 | 9.61 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 132.57 | 132.57 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,341.00 | 1,136.91 | 1,136.91 | 73.21 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 148.00 | 95.30 | 95.30 | 6.17 | 0.00 |
| MANOR CARE AT OAK LAWN EAST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MANOR CARE HEALTH SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Midwest Anesthesiologists | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Midwest Medical Center | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Midwest Medical Services | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| National Louis University | Unsecured | 4,940.00 | NA | NA | 0.00 | 0.00 |
| National Louis University SR | Unsecured | 4,940.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Med. Faculty Fnd. | Unsecured | 1,665.00 | NA | NA | 0.00 | 0.00 |
| Onyx Acceptance Corp. | Unsecured | 10,626.00 | NA | NA | 0.00 | 0.00 |
| Orchard Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Payday Select | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,106.00 | 2,106.36 | 2,106.36 | 136.12 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 622.08 | 622.08 | 40.30 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |
| SANTA BARBARA BANK & TRUST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Santa Barbara Tax Products Grp | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| SURE ADVANCE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 192.00 | 192.99 | 192.99 | 12.50 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 100.00 | 300.00 | 300.00 | 19.43 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 5,260.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 7,546.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 9,578.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK | Unsecured | 9,135.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 13,774.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 8,317.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 6,887.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 19,413.00 | 20,726.17 | 20,726.17 | 1,342.62 | 0.00 |
| WEISS MEMORIAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,670.25 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,670.25** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$143,922.31** | **$9,313.10** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,606.90 |
| Disbursements to Creditors | $9,313.10 |
| **TOTAL DISBURSEMENTS :** | **$13,920.00** |

**UST Form 101-13-FR-S (09/01/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/07/2018                      By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**